# CERTIFICATE OF SERVICE

     I, Gini L. Downing (name), certify that service of this summons and a copy of the complaint was made February 4, 2022 (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
ACI Healthcare USA, Inc.
Attn: Shafiqur Rahman, COO
10100 West Sample Road
Suite 406
Coral Springs, FL 33065

ACI Healthcare USA Inc.
10100 W. Sample Road
Coral Springs, FL 33065

☒ Certified Mail Service: By sending the process by certified mail addressed to the following entities/officers/registered agents of the defendant at:

ACI Healthcare USA, Inc.
Attn: Shafiqur Rahman, COO
10100 West Sample Road
Suite 406
Coral Springs, FL 33065

Shafi Rahman, R/A for
ACI Healthcare USA, Inc.
4280 NW 63rd Avenue
Coral Springs, FL 33067

United States Corporation Agents, Inc.,
R/A for ACI Healthcare USA, Inc.
221 N. Broad Street, Suite 3A
Middletown, DE 19709

Corporate Service Company,
R/A for ACI Healthcare USA, Inc.
251 Little Falls Drive
Wilmington, DE 19808

     I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

     Under penalty of perjury, I declare that the foregoing is true and correct.

| | | |
|---|---|---|
| Date | February 4, 2022 | Signature /s/ Gini L. Downing |
| | Print Name: | Gini L. Downing |
| | | Pachulski Stang Ziehl & Jones LLP |
| | | 10100 Santa Monica Blvd. |
| | | 13th Floor |
| | Business Address: | Los Angeles, CA 90067 |

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X (signature) ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) Genevieve Ingle  C. Date of Delivery 2-10-22 |
| 1. Article Addressed to:<br>United States Corporation Agents, Inc.,<br>R/A for ACI Healthcare USA, Inc.<br>221 N. Broad Street, Suite 3A<br>Middletown, DE 19709 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 9590 9402 3367 7227 2949 09 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☒ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7017 2400 0000 3936 7425 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery |
| 1. Article Addressed to:<br>Corporate Service Company,<br>R/A for ACI Healthcare USA, Inc.<br>251 Little Falls Drive<br>Wilmington, DE 19808 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 9590 9402 3367 7227 2948 93 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☒ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7017 2400 0000 3936 7418 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   ACI Heathcare USA, Inc.
   Attn: Shafiqur Rahman, COO
   10100 West Sample Road
   Suite 406
   Coral Springs, FL 33065

   9590 9402 3367 7227 2947 63

2. Article Number (Transfer from service label)

   7017 2400 0000 3936 7289

PS Form 3811, July 2015 PSN 7530-02-000-9053

## COMPLETE THIS SECTION ON DELIVERY

A. Signature
   X /Ami/         ☐ Agent
                   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☒ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Shafi Rahman, R/A for
   ACI Healthcare USA, Inc.
   4280 NW 63rd Avenue
   Coral Springs, FL 33067

   9590 9402 3367 7227 2947 56

2. Article Number (Transfer from service label)

   7017 2400 0000 3936 7272

PS Form 3811, July 2015 PSN 7530-02-000-9053

## COMPLETE THIS SECTION ON DELIVERY

A. Signature
   X T.D.P C-19    ☐ Agent
                   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   L. Rahman                    2/7/22

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☒ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt